AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JERRIE VANDER HOUWEN,
                Plaintiff,

                                              JUDGMENT IN A CIVIL CASE

                v.

UNITED STATES OF AMERICA, et al.,
                Defendants.                  CASE NUMBER: CV-09-3019-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint and this action are dismissed with prejudice pursuant to the Order of Dismissal entered on October 22, 2009, Ct. Rec. 24.

October 22, 2009                                  JAMES R. LARSEN
*Date*                                                  *Clerk*
                                                      s/ Cora Vargas
                                                      *(By) Deputy Clerk*
                                                      Cora Vargas